# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC JAMAR WOODS,<br><br>Petitioner,<br><br>v.<br><br>V. P. MATZEN,<br><br>Respondent. | Case No. CV 17-05750 DMG (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation (the "Report"). The Court has made a *de novo* review of those portions of the Report to which objections have been made. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: June 1, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE