# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC JAMAR WOODS,<br>Petitioner,<br>v.<br>V. P. MATZEN,<br>Respondent. | Case No. CV 17-05750 DMG (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: June 1, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE